IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

Richard Arthur,
    Plaintiff,

vs.                                Case No. 3:18-cv-01419

Convergent Outsourcing, Inc.,
    Defendant.

## NOTICE OF SETTLEMENT

Defendant Convergent Outsourcing, Inc. ("Defendant"), and Plaintiff Richard Arthur ("Plaintiff") hereby provide notice to the Court that they have reached a settlement of the above-entitled action fully resolving all claims asserted by Plaintiff against Defendant.

Upon finalization of the settlement, Plaintiff will file a Stipulation of Dismissal of this action, and all claims asserted herein, with prejudice.

DATED: August 13, 2019

                                            Thomas Combs & Spann, PLLC

                                            By  */s/M.David Griffith, Jr.*
                                                  M. David Griffith, Jr. (WV Bar No 7720)
                                                  Thomas Combs & Spann PLLC
                                                  300 Summers Street, Suite 1380
                                                  Charleston, WV 25301
                                                  Phone: (304) 414-1800
                                                  Fax: (304) 414-1801
                                                  dgriffith@tcspllc.com

                                                  Attorneys for Defendant
                                                  Convergent Outsourcing, Inc.

DATED: August 13, 2019   Klein & Sheridan, LC

By   */s/Benjamin M. Sheridan*
Benjamin M. Sheridan (WV Bar No. 11296)
Klein & Sheridan, LC
3566 Teays Valley Rd
Hurricane , WV , 25526
Phone(304) 562-7111
bsheridan@kswvlaw.com

Attorneys for Plaintiff
Richard Arthur

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

RICHARD ARTHUR,

    Plaintiff,

v.                                                  Civil Action No.: 3:18-cv-01419
                                                      Judge Robert C. Chambers

CONVERGENT OUTSOURCING, INC.,

    Defendant.

## CERTIFICATE OF SERVICE

    I, M. David Griffith, Jr., counsel for Convergent Outsourcing, Inc., hereby certify that on the 13th day of August 2019, I served the foregoing "NOTICE OF SETTLEMENT" upon all counsel of record identified below using the CM/ECF system:

                Benjamin M. Sheridan, Esq.
                bsheridan@kswvlaw.com
                Megan A. Patrick, Esq.
                mpatrick@kswvlaw.com
                *Counsel for Plaintiff*

                */s/M. David Griffith, Jr.*
                M. David Griffith, Jr. (WV Bar No. 7720)
                THOMAS COMBS & SPANN, PLLC
                300 Summers Street, East, Suite 1380
                P. O. Box 3824
                Charleston, WV  25338
                Tel:  304.414.1800
                Fax:  304.414.1801