IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

RICHARD ARTHUR,

        Plaintiff,

v.                             CIVIL ACTION NO. 3:18-1419

CONVERGENT OUTSOURCING, INC.,

        Defendant.

**ORDER**

The Court has been advised by counsel of the pending settlement of this action. It being unnecessary to conduct further proceedings in this matter, the Court **ORDERS** as follows:

1. That this action be **STAYED**. The Court will lift the stay for good cause shown upon the motion of a party. Such motion must be made within thirty days of the entry of this Order.

2. That the parties submit an agreed order of dismissal by **September 16, 2019**. If the parties fail to submit an agreed dismissal order by **September 16, 2019**, **the Court will enter an order dismissing the case without prejudice.** This date may only be extended by order of this Court.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                        ENTER:      August 14, 2019

                        ROBERT C. CHAMBERS
                        UNITED STATES DISTRICT JUDGE