IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

**Richard Arthur**
    **Plaintiff,**
v.                                                                            Case No. 3:18-cv-01419

**Convergent Outsourcing, Inc.,**
    **Defendant.**

## ORDER OF DISMISSAL

This day come the parties, by counsel, and represent to the Court that the above-styled civil action has been fully compromised and settled among the parties, and jointly move the Court for an Order dismissing Plaintiff's claims against Defendants WITH PREJUDICE and striking this action from the docket of this Court.

The Court, perceiving no objection to the motion, is of the opinion to grant it.

It is, therefore, ORDERED that all claims of Plaintiff Richard Arthur against Defendant Convergent Outsourcing, Inc., are dismissed with prejudice. Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

Date of Entry: September 13, 2019

_____
Hon. Judge Robert C. Chambers
United States District Court for the
Southern District of West Virginia

PREPARED BY:

/s/Benjamin M. Sheridan
Benjamin M. Sheridan (WVB #11296)
Klein & Sheridan, LC
3566 Teays Valley Rd
Hurricane, WV 25526
T: (304) 562-7111
F: (304) 526-7115
*Counsel for Plaintiff*

1

AGREED TO BY:


/s/M. David Griffith, Jr._____
M. David Griffith, Jr. (WVSB 7720)
THOMAS COMBS & SPANN, PLLC
P.O. Box 3824
Charleston, WV 25338
Phone (304) 414-1800
Fax: (304) 414-1801
dgriffith@tcspllc.com

Brett B. Goodman, Esq.
YU MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

*Counsel for Defendant*